USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019

December 11, 2019

**MEMORANDUM ENDORSED**

<u>Via: ECF</u>
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

      RE: **Eugene Duncan v. Addison Hospitality Group LLC**
            Docket: 1:19-cv-08127-GHW

Dear Judge Woods,

    Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for December 20, 2019 as well as the deadline to complete a mediation prior to the initial conference.

    Defendants Addison Hospitality Group LLC and 35th Street Ventures LLC were served through the Secretary of State on September 30, 2019. To date, Defendants Addison Hospitality Group LLC and 35th Street Ventures LLC have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendants. This is the first request of its kind

    We thank you and the Court for its time and consideration on this matter.

                                    Respectfully Submitted,

                                    The Marks Law Firm, P.C.

                                    By:_____
                                          Bradly G. Marks

Application granted. The initial pretrial conference scheduled for December 20, 2019 is adjourned to February 3, 2020 at 4:30 p.m. The joint letter and proposed case management plan described in the Court's September 11, 2019 order, Dkt No. 5, are due no later than January 27, 2020.

**SO ORDERED.**

Dated: December 12, 2019
New York, New York

                                    _____
                                    GREGORY H. WOODS
                                    United States District Judge