USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EUGENE DUNCAN, on behalf of all other :
persons similarly situated, :
 :
                        Plaintiff, :
      -v- :
 :
ADDISON HOSPITALITY GROUP LLC and :
35TH STREET VENTURES LLC, :
 :
                     Defendants. :
-------------------------------------------------------------X

1:19-cv-08127-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated January 23, 2020, Dkt. No. 15, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 5, 2020. The Court has not received these documents. The parties are directed to comply with the Court's January 23, 2020 order forthwith.

      SO ORDERED.

Dated: February 5, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge