```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EUGENE DUNCAN, on behalf of all other persons similarly situated,

                        Plaintiff,

-v-

ADDISON HOSPITALITY GROUP LLC and 35TH STREET VENTURES LLC,

                        Defendants.
------------------------------------------------------------------X

1:19-cv-08127-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated February 7, 2020, Dkt. No. 18, the parties were directed to submit a joint status letter to the Court no later than September 2, 2020. The Court has not received that letter. The parties are directed to comply with the Court's February 7, 2020 order forthwith.

    SO ORDERED.

Dated: September 4, 2020

                                                            GREGORY H. WOODS
                                                    United States District Judge